USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                 :
DONNA HEDGES,             :
                 :
           Plaintiff,     :
                 :                     21-CV-1833 (VSB)
    -against-        :
                 :                     **ORDER**
FEED PROJECTS LLC,      :
                 :
           Defendant.  :
                 :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 2, 2021, (Doc. 1), and filed an affidavit of service on March 15, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was April 2, 2021. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 26, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 13, 2021
             New York, New York

                                                 _____
                                                 VERNON S. BRODERICK
                                                 United States District Judge