```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DONNA HEDGES,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :              21-CV-1833 (VSB)
              -against-                                     :
                                                            :                    ORDER
FEED PROJECTS LLC,                                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 2, 2021, (Doc. 1), and filed an affidavit of service on March 15, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was April 2, 2021. (*See* Doc. 6.) On April 13, 2021, I issued an order directing Plaintiff to move for default or risk dismissal. (Doc. 7.) On April 26, 2021, Plaintiff's counsel indicated that he had been contacted by counsel for the Defendant, and requested to submit a status letter concerning settlement discussions in two weeks. (Doc. 8.) On April 27, 2021, I granted Plaintiff's request and directed Defense counsel to appear by May 11, 2021. (Doc. 9.) On May 10, 2021, Defense counsel filed a notice of appearance, (Doc. 10); however, the parties have failed to file a status update as directed. The parties are therefore directed to file a status update by no later than May 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: May 14, 2021
      New York, New York

Vernon S. Broderick
United States District Judge